UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEYON SINGLETON**                                             **CIVIL ACTION**

**VERSUS**                                                      **NO. 06-3761**

**N. BURL CAIN, WARDEN,**                                       **SEC. "B" (5)**
**LOUISIANA STATE PENITENTIARY**

## ORDER & REASONS

The Court, having considered the petition, the record, applicable law, the Magistrate Judge's Report and Recommendation, and petitioner's objections to same, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as opinion of the court.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Keyon Singleton, is **DISMISSED** as untimely filed.

Singleton concedes the untimeliness of this federal petition for habeas relief. However, he claims that he should be allowed a chance, albeit late, to seek relief in view of his life sentence.

Binding precedent and statutory law require diligence on the part of habeas petitioners to timely seek judicial relief. One cannot wait 560 days after denial of state court relief, as here,

to then pursue §2254 relief in federal court.  The law and record establishes that Singleton is not entitled to equitable tolling. Melancon v. Kaylo, 259 F.3d 401,408 (5th Cir. 2001); Coleman v. Johnson, 184 F.3d 398, 402-03 (5th Cir. 1999), cert. denied, 529 U.S. 1057 (2000); Phillips v. Donnelly, 233 F.3d 797 (5th Cir. 2000).

New Orleans, Louisiana, this 7th day of November,2007.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE